**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LEONARD ANDRE SCOVENS,**

    **Plaintiff,**

vs.                                       **CASE NO. 4:04CV383-SPM/AK**

**SGT. M. STEPHENS,**

    **Defendants.**

_____/

**O R D E R**

Presently before the Court in the above entitled action is the Status Report filed by Plaintiff which includes a joint request to reopen discovery. (Doc. 45). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and discovery extended through **October 3, 2008.** The parties shall advise the Court by October 3, 2008, of the status of their discovery efforts by filing a Status Report on that date, and include therein whether or not they wish to mediate with the undersigned or have a trial date scheduled.

**DONE AND ORDERED** this  **14th** day of July, 2008.

                                        _s/ A. KORNBLUM_
                                        **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**