IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEONARD ANDRE SCOVENS,**

    **Plaintiff,**

**vs.**                                                                               **CASE NO. 4:04CV383-SPM/AK**

**SGT. M. STEPHENS,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is the Joint Status Report filed by the parties, which includes a joint request to reopen discovery. (Doc. 48). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and discovery extended through **March 2, 2009**. The parties shall advise the Court by **March 13, 2009**, of the status of their discovery efforts by filing a Status Report on that date, and include therein whether or not they wish to mediate with the undersigned or have a trial date scheduled.

**DONE AND ORDERED** this **14th** day of October, 2008.

                                    s/ A Kornblum
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**