**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**LEONARD SCOVENS,**

      **Plaintiff,**

**vs.**                                    **CASE NO. 4:04CV383-SPM/AK**

**SGT. M. STEPHENS, ,**

      **Defendants.**

_____/


## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion for Leave to have the insurance specialist available by telephone during the mediation conference scheduled for November 18, 2009.  (Doc. 54).  The motion is **GRANTED**, and there will be a telephone available for counsel's use during the conference to consult with the specialist as necessary.  The Court agrees that it will not be necessary to arrange for the specialist's attendance by phone during the entire proceedings.

      **DONE AND ORDERED** this _ *21*$^{st}$ _ day of October, 2009.



                          *s/ A. KORNBLUM*_____
                          **ALLAN KORNBLUM
                          UNITED STATES MAGISTRATE JUDGE**