# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**LEONARD ANDRE SCOVENS,**

    **Plaintiff,**

**vs.**                                                        **CASE NO. 4:04CV383-SPM/AK**

**SGT. M. STEPHENS,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The parties have advised the Court that settlement has been reached and that this cause should be dismissed. The Court hereby dismisses this action without prejudice to reopen the matter should settlement not be fully finalized. The parties should file a Notice of Settlement when all settlement papers have been signed, but the agreement should not be filed.

**DONE AND ORDERED** this _**18th**_ day of November, 2009.

                                              s/ A Kornblum
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**